IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES NEWSON,

    Plaintiffs,

v.

JANEL NICKEL, DONALD MORGAN,
GLEN BENNETT, SGT. PISCHKE,
KATHY SUTTER, ZIEGLER AND SGT.
BITTER

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-293-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) dismissing defendants Sgt. Pischke, Kathy Sutter, Ziegler and Sgt. Bitter;

(2) granting defendants Janel Nickel, Donald Morgran and Glenn Bennett's motion for summary judgment; and

(3) dismissing this case.

/s/                                                           August 15, 2014

Peter Oppeneer, Clerk of Court                             Date